The People of the State of New York ex rel. Edward D. Sugden, Relator, v. William McAdoo, as Police Commissioner of the City of New York, Respondent. — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Samuel Marshall Evans, as Trustee in Bankruptcy of the Estate of J. Samuel Jacobs, Bankrupt, Appellant, Respondent, v. National Broadway Bank, Respondent, Appellant.— Judgment affirmed, without costs. No opinion.

Charles Hart and Others, Appellants, v. Sarah Hart and Others, Respondents.— Judgment affirmed, with costs, on opinion on former appeal (*Matter of Hart*, 61 App. Div. 587).

Margaret Shea, as Administratrix, etc., of Dennis Shea, Deceased, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs, on the authority of *Landau* v. *City of New York* (180 N. Y. 48). (Ingraham, J., dissenting.)

Mary Haughey, as Administratrix, etc., of John Haughey, Deceased, Appellant, v. Thomas M. Mulry, Doing Business as Thomas Mulry & Son, Respondent. — Judgment affirmed, with costs. No opinion.

Morgan Lee Starke, Respondent, v. Dan A. Carroll, Appellant.— Judgment and order affirmed, with costs. No opinion.

In the Matter of the Application of Ellen B. Williams, an Alleged Incompetent Person, Appellant. The People of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Ellen B. Williams, an Alleged Insane Person, Appellant. The People of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Arthur W. Tams, Appellant, v. G. Schirmer and Others, Respondents.— Order modified by striking out subdivision 4 of the order appealed from, and, as modified, affirmed, without costs. No opinion. Settle order on notice.

The San Lorenzo Sugar Company, a Corporation, Appellant, v. Henry Blitz, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of George E. Montanye and Others, as Trustees, etc., of William H. Montanye, Deceased. Charles Harold Montanye and Mary Elizabeth Montanye, as Trustees of the Estate of William H. Montanye, Deceased, Appellants; George E. Montanye, as Trustee, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George A. Schroter, Appellant, v. Sofi G. Schroter, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James A. Grant and Another, Respondents, v. Greene Consolidated Copper Company, Appellant. (No. 3.)— Appeal dismissed, without costs. No opinion.

William A. Rosenbaum, Appellant, v. Samuel J. Stiebel and Others, Composing the Firm of Stiebel, Hernsheim & Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Wills and James Wills, Respondents, v. James Rowland & Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.